PETER STAMATEAS, Appellant, v. THRIFTY PAPER CO., INC., Respondent, et al., Defendant.—

Munder, Acting P. J., Martuscello, Latham, Shapiro and Benjamin, JJ., concur.

OTTO L. SWAN et al., Respondents, v. HENRY W. HOWES, Defendant, and WILLIAM CEDZICH, Appellant. (Action No. 1) (And Another Title.) —

Rabin, P. J., Latham, Christ, Brennan and Benjamin., concur.

EVONNE TOBIAS, Respondent-Appellant, v. ROBERT H. TOBIAS, Appellant-Respondent.—

Rabin, P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.